# United States Court of Appeals
## For the First Circuit

Nos. 12-2372
    12-2381

UNITED STATES OF AMERICA,

Appellee,

v.

JORGE REYES-SANTIAGO,

Defendant, Appellant.

**ERRATA SHEET**

The opinions of this Court issued on September 23, 2015, are amended as follows:

On page 48, line 4, change "defend ant" to "defendant."

On page 57, line 9, change "that" to "who."

On page 65, lines 12 and 14; page 66, line 20; and page 67, line 6, change "District Court" to "district court."

On page 66, line 3, change "assessments" to "assessment."

On page 76, line 5, change "District" to "District Court."